

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

HUSSAIN SYED AMJAD,

Petitioner,

v.

JEREMY CASEY, Warden at Imperial Regional Detention Center,

Respondent.

Case No.: 3:26-cv-2044-JES-BJW

**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS**

**[ECF No. 8]**

Before the Court is Petitioner Hussain Syed Amjad's ("Petitioner") Amended Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, which was filed on April 10, 2026. ECF No. 8. Per the Court's order, Respondents responded to the Amended Petition. ECF No. 11 ("Return").

In the return, Respondents state: "Taking into consideration those prior rulings [in this District] and the length of time Petitioner has been in custody, the government concedes that this Court should order that Petitioner receive a bond hearing, where the government would bear the burden of proof of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a risk of flight." Return at 1. The Court agrees, for the reasons set forth in *Sandesh v. LaRose*, No. 3:26-CV00846-JES

1

(S.D. Cal. March 5, 2026). The Court incorporates its reasoning in that case by reference here.

Per the parties' agreement that Petitioner is entitled to a bond hearing, and the Court's analysis in *Sandesh*, the Court **GRANTS** Petitioner's writ of habeas corpus, and **ORDERS** as follows:

(1) The Court **ORDERS** Respondents to provide Petitioner with an individualized bond determination hearing within **ten days** of this Order.

    a. At the hearing, the government **SHALL BEAR** the burden of establishing by clear and convincing evidence that Petitioner is a danger to the community or a flight risk if released.

    b. The IJ **SHALL** consider alternative conditions of release and Petitioner's ability to pay bond if he or she determines bond is appropriate.

    c. Respondents **SHALL** make a complete record of the bond hearing available to Petitioner and his counsel.

(2) Respondents are **ORDERED** to File a Notice of Compliance within **five days** of providing Petitioner with the bond hearing, including apprising the Court of the results of the hearing.

The Clerk of Court is **ORDERED** to **CLOSE** this case.

**IT IS SO ORDERED.**

Dated: April 14, 2026

_____
Honorable James E. Simmons Jr.
United States District Judge